Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Antonopoulos LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-8953001** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **4113 NE 77TH ST**<br>**Seattle, WA 98115-5125**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **King**<br>County | **Location of principal assets, if different from principal place of business**<br>**1928 N 45th St; 1920 N 45th St; 1916 N 45th St; 4515 Meridian Ave N; and 1917 N 46th St Seattle, WA 98103**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district*?**   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Request for Relief, Declaration, and Signatures |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 28, 2024**
MM / DD / YYYY

**X** **/s/ Costas Antonopoulos**        **Costas Antonopoulos**
Signature of authorized representative of debtor       Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Thomas A. Buford**        Date   **June 28, 2024**
Signature of attorney for debtor       MM / DD / YYYY

**Thomas A. Buford**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone   **(206) 292-2110**      Email address   **tbuford@bskd.com**

**WSBA 52969 WA**
Bar number and State

# MEMBER RESOLUTIONS OF
# ANTONOPOULOS, LLC

WHEREAS, Antonopoulos, LLC, a Washington limited liability company (the "Company"), is experiencing significant financial challenges; and

WHEREAS, the undersigned is the managing member of the Company (the "Managing Member"); and

WHEREAS, it is the opinion of the Managing Member that the only reasonable and prudent response to the Company's financial circumstances is the filing of a voluntary petition in bankruptcy seeking protection and reorganization under Chapter 11 of the United States Bankruptcy Code; and

WHEREAS, the Company has selected the law firm of Bush Kornfeld LLP ("Bush Kornfeld") to represent the Company's interests in the Chapter 11 proceeding.

NOW, THEREFORE, the undersigned Managing Member directs to the following action by the Company:

RESOLVED, that the Company shall employ Bush Kornfeld to represent it in the Chapter 11 proceedings and shall seek to have that employment approved by the Bankruptcy Court as soon as is practicable; and it is

FURTHER RESOLVED, that the Company is hereby authorized to retain such other professional consultants on such terms of employment as are required in order to act in the best interests of the Company in prosecuting the Chapter 11 proceeding; and it is

FURTHER RESOLVED, that Costas Antonopoulos is hereby authorized and directed to take such steps and execute such documentation as is required in order to effectuate any and all of the foregoing; and it is

FURTHER RESOLVED, that Bush Kornfeld is hereby authorized and directed to cause the Company to file a Chapter 11 bankruptcy.

SIGNED this 25th day of June, 2024.

ANTONOPOULOS, LLC

Costas Antonopoulos, Managing Member

hf25ef01qk

**Fill in this information to identify the case:**

Debtor name    **Antonopoulos LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* ____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 28, 2024**    *X* **/s/ Costas Antonopoulos**
                                           Signature of individual signing on behalf of debtor

                                           **Costas Antonopoulos**
                                           Printed name

                                           **President**
                                           Position or relationship to debtor

| Debtor name | **Antonopoulos LLC** |
|---|---|
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | _____ |

☐  Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Brad Kogut 4500 9th Avenue NE Seattle, WA 98105** | | **Attorney for eviction** | | | | **$1,000.00** |
| **Costas Antonopoulos 4113 NE 77th Street Seattle, WA 98115-5125** | | **Personal loan** | | | | **$120,000.00** |
| **Employment Security Dept UI Tax and Wage Administration PO Box 9046 Olympia, WA 98507-9046** | | **Notice only** | **Contingent Unliquidated** | | | **$0.00** |
| **Office of the Attorney General Bankruptcy & Collections Unit 800 5th Ave  #2000 Seattle, WA 98104** | | **Notice only** | **Contingent Unliquidated** | | | **$0.00** |
| **Seattle City Light PO Box 35178 Seattle, WA 98124-5177** | | | | | | **$848.00** |
| **Seattle City Light PO Box 35178 Seattle, WA 98124-5177** | | | | | | **$678.00** |
| **Seattle Public Utilities PO Box 35177 Seattle, WA 98124-5177** | | | | | | **$273.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Seattlle Public Utilities PO Box 35177 Seattle, WA 98124-5177** | | | | | | **$1,304.00** |
| **WA Dept of L&I-OLY Collections PO Box 44171 Olympia, WA 98504-4171** | | **Notice only** | **Contingent Unliquidated** | | | **$0.00** |
| **WA Dept of Rev-SEA Bankruptcy/Claims Unit 2101 4th Ave #1400 Seattle, WA 98121-2300** | | **Notice only** | **Contingent Unliquidated** | | | **$0.00** |
| **Washington State Dept. Ecology 300 Desmond DR SE Lacey, WA 98503** | | **Notice only** | **Contingent Unliquidated** | | | **$0.00** |

**Fill in this information to identify the case:**

Debtor name    **Antonopoulos LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.........................................................................    $    **6,700,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................    $    **40,954.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................    $    **6,740,954.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **2,346,752.00**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $    **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    **124,103.00**

4.   **Total liabilities** ....................................................................................................
   Lines 2 + 3a + 3b     $    **2,470,855.00**

**Fill in this information to identify the case:**

Debtor name     **Antonopoulos LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Banner Bank** | **Checking** | **7747** | **$40,954.00** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| **$40,954.00** |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| 55.1. | **Approximately 0.67 acres of land consisting of King County Parcel Numbers 408380-2795, 408380-2785, 408380-2775, 408380-2665 and 408380-2685 with street addresses of 1928 N 45th St, 1920 N 45th St, 1916 N 45th St, 4515 Meridian Ave N, and 1917 N 46th St, respectively.** | Fee simple | $6,700,000.00 | Recent Offer | $6,700,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

|  |
| --- |
| $6,700,000.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | Antonopoulos LLC | Case number *(If known)* |
|---|---|---|
| | Name | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $40,954.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ...................................................................> | | $6,700,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $40,954.00 | + 91b. $6,700,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,740,954.00 |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ **Yes.** Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1**   **Banner Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Approximately 0.67 acres of land consisting of King County Parcel Numbers 408380-2795, 408380-2785, 408380-2775, 408380-2665 and 408380-2685 with street addresses of 1928 N 45th St, 1920 N 45th St, 1916 N 45th St, 4515 Meridian Ave N, and 1** | **$2,346,752.00** | **$6,700,000.00** |

**10 S 1st Ave**
**Walla Walla, WA 99362**
Creditor's mailing address

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
   ☑ No
   ☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
   ☐ No
   ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2008**

Last 4 digits of account number
**6135**

As of the petition filing date, the claim is:
Check all that apply
   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Do multiple creditors have an interest in the same property?
   ☑ No
   ☐ Yes. Specify each creditor, including this creditor and its relative priority.

| | | |
|---|---|---|
| **3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$2,346,752.00** | |

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name __**Antonopoulos LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF WASHINGTON__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Brad Kogut**<br>**4500 9th Avenue NE**<br>**Seattle, WA 98105**<br><br>Date(s) debt was incurred __4/2024__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Attorney for eviction__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,000.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Costas Antonopoulos**<br>**4113 NE 77th Street**<br>**Seattle, WA 98115-5125**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Personal loan__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$120,000.00** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Employment Security Dept**<br>**UI Tax and Wage Administration**<br>**PO Box 9046**<br>**Olympia, WA 98507-9046**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Notice only__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Office of the Attorney General**<br>**Bankruptcy & Collections Unit**<br>**800 5th Ave  #2000**<br>**Seattle, WA 98104**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Notice only__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $848.00 |
| | **Seattle City Light** | ☐ Contingent | |
| | **PO Box 35178** | ☐ Unliquidated | |
| | **Seattle, WA 98124-5177** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number __0000__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $678.00 |
| | **Seattle City Light** | ☐ Contingent | |
| | **PO Box 35178** | ☐ Unliquidated | |
| | **Seattle, WA 98124-5177** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number __9401__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $273.00 |
| | **Seattle Public Utilities** | ☐ Contingent | |
| | **PO Box 35177** | ☐ Unliquidated | |
| | **Seattle, WA 98124-5177** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number __4605__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,304.00 |
| | **Seattle Public Utilities** | ☐ Contingent | |
| | **PO Box 35177** | ☐ Unliquidated | |
| | **Seattle, WA 98124-5177** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number __0000__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| | **WA Dept of L&I-OLY** | ■ Contingent | |
| | **Collections** | ■ Unliquidated | |
| | **PO Box 44171** | ☐ Disputed | |
| | **Olympia, WA 98504-4171** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Notice only__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| | **WA Dept of Rev-SEA** | ■ Contingent | |
| | **Bankruptcy/Claims Unit** | ■ Unliquidated | |
| | **2101 4th Ave #1400** | ☐ Disputed | |
| | **Seattle, WA 98121-2300** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Notice only__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| | **Washington State Dept. Ecology** | ■ Contingent | |
| | **300 Desmond DR SE** | ■ Unliquidated | |
| | **Lacey, WA 98503** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Notice only__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:** List Others to Be Notified About Unsecured Claims

| Debtor | Antonopoulos LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

<table>
<tr><td colspan="4"><strong>Part 4:</strong>   Total Amounts of the Priority and Nonpriority Unsecured Claims</td></tr>
</table>

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 124,103.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 124,103.00 |

**Fill in this information to identify the case:**

Debtor name  **Antonopoulos LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | | Four residential tenant leases Addresses available upon request |
|---|---|---|---|
| | State the term remaining | **Various remaining terms** | |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of parking spaces** | |
|---|---|---|---|
| | State the term remaining | **Expires September 2025** | **Francisco Martinez Cortez 4515 Meridian Ave N Seattle, WA 98103** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of commercial space** | |
|---|---|---|---|
| | State the term remaining | **Expires December 31, 2025** | **Silver Harp 1928 N 45th Street Seattle, WA 98103** |
| | List the contract number of any government contract | | |

Debtor name     **Antonopoulos LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF WASHINGTON

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Anastasia Antonopoulos** | **4113 NE 77th Street Seattle, WA 98115-5125** | **Banner Bank** | ■ D __**2.1**__<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **Costas Antonopoulos** | **4113 NE 77th Street Seattle, WA 98115-5125** | **Banner Bank** | ■ D __**2.1**__<br>☐ E/F _____<br>☐ G _____ |
| 2.3  **Ioanna Antonopoulos** | **4113 NE 77th Street Seattle, WA 98115-5125** | **Banner Bank** | ■ D __**2.1**__<br>☐ E/F _____<br>☐ G _____ |
| 2.4  **Nikolaos Antonopoulos** | **4113 NE 77th Street Seattle, WA 98115-5125** | **Banner Bank** | ■ D __**2.1**__<br>☐ E/F _____<br>☐ G _____ |

# United States Bankruptcy Court
## Western District of Washington

In re    **Antonopoulos LLC**        Case No. _____

                    Debtor(s)      Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Anastasia Antonopoulos**<br>**4113 NE 77th Street**<br>**Seattle, WA 98115-5125** | | **25%** | **Membership** |
| **Costas Antonopoulos**<br>**4113 NE 77th Street**<br>**Seattle, WA 98115-5125** | | **25%** | **Membership** |
| **Ioanna Antonopoulos**<br>**4113 NE 77th Street**<br>**Seattle, WA 98115-5125** | | **25%** | **Membership** |
| **Nikolaos Antonopoulos**<br>**4113 NE 77th Street**<br>**Seattle, WA 98115-5125** | | **25%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 28, 2024**           Signature   **/s/ Costas Antonopoulos**

                                                   **Costas Antonopoulos**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Western District of Washington

In re  **Antonopoulos LLC** _____  Case No. _____
                                                  Debtor(s)      Chapter  **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June 28, 2024** _____        **/s/ Costas Antonopoulos** _____
                                                  **Costas Antonopoulos/President**
                                                  Signer/Title

```
US ATTORNEY
ATTN BANKRUPTCY ASSISTANT
700 STEWART ST #5220
SEATTLE, WA 98101-4438


INTERNAL REVENUE SVC (PHIL)
CENTALIZED INSOL OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346


US TREASURY
SECRETARY OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220


WA DEPT OF REV-SEA
BANKRUPTCY/CLAIMS UNIT
2101 4TH AVE #1400
SEATTLE, WA 98121-2300


WA DEPT OF L&I-OLY
COLLECTIONS
PO BOX 44171
OLYMPIA, WA 98504-4171


WA DEPT OF EMP SEC-OLY
UI TAX ADMIN
PO BOX 9046
OLYMPIA, WA 98507-9046


WA ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 5TH AVE #2000
SEATTLE, WA 98104


THOMAS A. BUFORD
BUSH KORNFELD LLP
601 UNION ST., SUITE 5000
SEATTLE, WA 98101-2373


ANTONOPOULOS LLC
4113 NE 77TH ST
SEATTLE, WA 98115-5125
```

UNITED STATES OF AMERICA
INTERNAL REVENUE SERVICE
915 SECOND AVE.
SEATTLE, WA 98174


ATTORNEY GENERAL OF THE
  UNITED STATES
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE. NW
WASHINGTON, DC 20530-0001


U.S. SMALL BUSINESS ADMIN.
510 L STREET
ROOM 310
ANCHORAGE, AK 99501


U.S. SMALL BUSINESS ADMIN
LEGAL DEPT.
2401 FOURTH AVE. #400
SEATTLE, WA 98121


BANNER BANK
10 S 1ST AVE
WALLA WALLA, WA 99362


BRAD KOGUT
4500 9TH AVENUE NE
SEATTLE, WA 98105


COSTAS ANTONOPOULOS
4113 NE 77TH STREET
SEATTLE, WA 98115-5125


EMPLOYMENT SECURITY DEPT
UI TAX AND WAGE ADMINISTRATION
PO BOX 9046
OLYMPIA, WA 98507-9046


FOUR RESIDENTIAL TENANT LEASES
ADDRESSES AVAILABLE UPON
REQUEST


FRANCISCO MARTINEZ CORTEZ
4515 MERIDIAN AVE N
SEATTLE, WA 98103

```
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 5TH AVE #2000
SEATTLE, WA 98104


SEATTLE CITY LIGHT
PO BOX 35178
SEATTLE, WA 98124-5177


SEATTLE PUBLIC UTILITIES
PO BOX 35177
SEATTLE, WA 98124-5177


SEATTLLE PUBLIC UTILITIES
PO BOX 35177
SEATTLE, WA 98124-5177


SILVER HARP
1928 N 45TH STREET
SEATTLE, WA 98103


WASHINGTON STATE DEPT. ECOLOGY
300 DESMOND DR SE
LACEY, WA 98503
```

# United States Bankruptcy Court
## Western District of Washington

In re   **Antonopoulos LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Antonopoulos LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 28, 2024**

Date

**/s/ Thomas A. Buford**

**Thomas A. Buford**

Signature of Attorney or Litigant

Counsel for   **Antonopoulos LLC**

**Bush Kornfeld LLP**

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
**(206) 292-2110 Fax:(206) 292-2104**
**tbuford@bskd.com**